# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2009

139647

MOHAMED MAWRI,
           Plaintiff-Appellant,

v

CITY OF DEARBORN,
           Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139647
COA: 283893
Wayne CC: 06-617502-NO

       On order of the Court, the application for leave to appeal the August 6, 2009 judgment of the Court of Appeals is considered, and it is GRANTED.

       The Clerk of the Court is directed to place this case on the April 2010 session calendar for argument and submission. Appellant's brief and appendix must be filed no later than February 8, 2010, and appellee's brief and appendix, if appellee chooses to submit an appendix, must be filed no later than March 11, 2010.

       The Michigan Association for Justice and Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae, to be filed no later than March 29, 2010. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae, to be filed no later than March 29, 2010.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2009

_____
Clerk